UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>       Plaintiff,<br><br>  v.<br><br>JASMINE KOCHA CORP,<br><br>       Defendant. | Case No. 22-cv-00326-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **October 13, 2022**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 20, 2022**, **at 1:30 p.m. via Zoom Webinar** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: August 4, 2022

_____
Richard Seeborg
Chief United States District Judge